UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB et al., <br><br> Plaintiffs, <br><br> v. <br><br> CHELSEA ARMS LLC et al., <br><br> Defendants. | Case No. 2:22-cv-06025-SB-PD <br><br> ORDER TO SHOW CAUSE RE: LACK OF PROSECUTION |

Generally, plaintiffs must serve process on defendants within 90 days of the filing of the complaint. *See* Fed. R. Civ. P. 4(m). This matter was filed on August 24, 2022. Dkt. No. 1. More than 90 days have passed since the complaint in this case was filed, and Plaintiff has not filed a proof of service for Defendant Chelsea Arms LLC. Plaintiff is ordered to show cause, in writing, no later than November 30, 2022, why this action should not be dismissed for lack of prosecution.

The Court will consider as an appropriate response to this Order to Show Cause the filing of proof of service showing that the relevant defendant was served within the 90-day period or a showing of good cause for extending the service period. Failure to respond to the Order to Show Cause will result in the dismissal without prejudice of the action in its entirety.

IT IS SO ORDERED.

Date: November 23, 2022

                                                                                    _____
                                                                                         Stanley Blumenfeld, Jr.
                                                                                         United States District Judge