UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB et al., <br><br> Plaintiffs, <br><br> v. <br><br> CHELSEA ARMS LLC et al., <br><br> Defendants. | Case No. 2:22-cv-06025-SB-PD <br><br> ORDER TO SHOW CAUSE RE: LACK OF PROSECUTION |

The complaint in this case was filed on August 24, 2022. Dkt. No. 1. On November 23, the Court issued an order to show cause why the action should not be dismissed for lack of prosecution because Plaintiffs failed to timely file proof of service. Dkt. No. 13. Plaintiffs responded by filing proof of service, dated September 17, 2022. Dkt. No. 14. The Court hereby DISCHARGES its November 23 order to show cause, Dkt. No. 13.

However, generally, defendants other than the United States must answer a complaint within 21 days after being served. *See* Fed. R. Civ. P. 12(a)(1). Plaintiffs' belatedly-filed proof of service indicates that because Defendant was served on September 17, 2022, a responsive pleading was due on October 11, 2022. None has been filed, and Plaintiff has not sought entry of default or default judgment. Plaintiff is ordered to show cause, in writing, no later than December 8, 2022, why this action should not be dismissed for lack of prosecution.

The Court will consider as an appropriate response to this Order to Show Cause the filing, on or before the above date, of an application for entry of default under Rule 55(a). No oral argument on this matter will be heard unless otherwise ordered by the Court. See Fed. R. Civ. P. 78; Local Rule 7-15.

1

     Upon receipt of the remedy mentioned above, this Order to Show Cause will be automatically discharged without further order. Failure to respond to the Order to Show Cause will result in the dismissal without prejudice of the action in its entirety.

IT IS SO ORDERED.

Date: December 1, 2022

                                                  Stanley Blumenfeld, Jr.
                                                United States District Judge